UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 19-cr-000161 |
|---|---|---|
| VERSUS | : | UNASSIGNED DISTRICT JUDGE |
| CARLOS KEVIN SAIDD-HERNANDEZ | : | MAGISTRATE JUDGE KAY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #29] and in the transcript previously filed herein, [doc. #23] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections, [doc. #24] and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **CARLOS KEVIN SAIDD-HERNANDEZ** on June 20, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

SIGNED this 25th day of June, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE